IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
Case No.: 1:13-cv-00071-MR-DLH

JOE HAND PROMOTIONS, INC.
a Foreign Corporation

        Plaintiff,

vs.

JENNIFER DEFAZIO, Individually, and
as an officer, director, shareholder, and/or
principal of OWL'S NEST SPORTS
LOUNGE, LLC d/b/a OWL'S NEST
SPORTS LOUNGE

        and

EDWARD SIEMAK, Individually, and
as an officer, director, shareholder, and/or     **ORDER FOR**
principal of OWL'S NEST SPORTS     **ENTRY OF DEFAULT**
LOUNGE, LLC d/b/a OWL'S NEST
SPORTS LOUNGE

        and

ANTHONY DEFAZIO, Individually, and
as an officer, director, shareholder, and/or
principal of OWL'S NEST SPORTS
LOUNGE, LLC d/b/a OWL'S NEST
SPORTS LOUNGE

        and

CHARLES S. MOREHEAD, Individually,
and as an officer, director, shareholder,
and/or principal of OWL'S NEST
SPORTS LOUNGE, LLC d/b/a OWL'S
NEST SPORTS LOUNGE

        and

OWL'S NEST SPORTS LOUNGE, LLC
d/b/a OWL'S NEST SPORTS LOUNGE
a North Carolina Limited Liability Company

                            Defendants.

_____

THIS CAUSE COMING BEFORE THE COURT for entry of default by the Clerk pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, and upon the application of the Plaintiff for entry of default against Defendants Jennifer Defazio, Edward Siemak, Anthony Defazio, Charles S. Morehead, and Owl's Nest Sports Lounge, LLC d/b/a Owl's Nest Sports Lounge.

IT APPEARING TO THE COURT that the named Defendants Jennifer Defazio, Edward Siemak, Anthony Defazio, Charles S. Morehead, and Owl's Nest Sports Lounge, LLC d/b/a Owl's Nest Sports Lounge, are in default for failing to plead or otherwise defend this action as required by law.

NOW THEREFORE, default is hereby entered against Defendants Jennifer Defazio, Edward Siemak, Anthony Defazio, Charles S. Morehead, and Owl's Nest Sports Lounge, LLC d/b/a Owl's Nest Sports Lounge.

May 14th, 2013

_____
Frank G. Johns, Clerk
United States District Court